**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANTHONY CALIVA,

        **Plaintiff,**

-vs-                              **Case No. 6:09-cv-1340-Orl-31DAB**

METZ & ASSOCIATES, LTD., JOHN
METZ,

        **Defendants.**

_____

## ORDER

This cause comes before the Court on the Joint Motion for Approval of Settlement (Doc. No. 22) filed October 26, 2009.

On November 18, 2009, the United States Magistrate Judge issued a report (Doc. No. 24) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.     That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.     That the Joint Motion for Approval of Settlement is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 10th day of December, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE