# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANTHONY CALIVA,**

        **Plaintiff,**

-vs-                                                **Case No. 6:09-cv-1340-Orl-31DAB**

**METZ & ASSOCIATES, LTD., JOHN METZ,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on Renewed Joint Motion for Approval of FLSA Settlement (Doc. No. 25) filed December 7, 2009.

On December 16, 2009, the United States Magistrate Judge issued a report (Doc. No. 29) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Renewed Joint Motion for Approval of FLSA Settlement is GRANTED. The Settlement Agreement is Approved and this case is DISMISSED, with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 17th day of December, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE